JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIE TOOKS,<br><br>          Petitioner,<br><br>    v.<br><br>LEANNA LUNDY,<br><br>          Respondent. | Case No. 2:25-cv-00957-KK-MBK<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that this case is dismissed with prejudice.

Dated: December 18, 2025                  _____
                                                    HON. KENLY KIYA KATO
                                                    UNITED STATES DISTRICT JUDGE